UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH JEAN-LOUIS,

        Plaintiff,

                                  Case No. 11-15708
v.                                       Honorable Thomas L. Ludington

GOVERNOR OF THE STATE OF MICHIGAN
and MAYOR OF THE CITY OF DETROIT.

        Defendants.
_____ /

**ORDER DISMISSING COMPLAINT**

On December 30, 2011, Plaintiff Joseph Jean-Louis, a prisoner, filed a pro se civil rights complaint in this Court. He did not, however, pay the required filing fee or apply to proceed in forma pauperis. Accordingly, on January 24, 2012, an order was issued notifying Plaintiff of this deficiency. ECF No. 3. It provided:

> Plaintiff is informed that within 30 days from the date of this order, he must submit the $350.00 filing fee or, alternatively, file the required "Application for Prisoner to Proceed Without Prepayment of Fees or Costs" form and "Certificate of Prisoner Institutional/Trust Fund Account activity" form, the second of which must be completed by the custodian of the prisoner's institutional or trust fund account.

The order also informed Plaintiff that if he failed to pay the filing fee or to file the required documents to proceed in forma pauperis within thirty days of the order, the case would be dismissed for want of prosecution. The order concluded by cautioning Plaintiff, "If Plaintiff's action is dismissed under these circumstances, it will not be reinstated even if Plaintiff subsequently pays the filing fee."

More than thirty days have passed since the order was issued. Plaintiff has neither paid the filing fee nor filed the required documents to proceed in forma pauperis. The Court must

therefore order the case dismissed with prejudice for want of prosecution. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997) ("If the case is dismissed under these circumstances, it is not to be reinstated to the district court's active docket despite the subsequent payment of filing fees.").

Accordingly, it is **ORDERED** that the complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

                                            s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

Dated: March 8, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon Joseph Jean-Louis, #23345048, at Terre Haute Federal Correctional Institution, Inmate Mail/Parcels, P.O. Box 33, Terre Haute, IN 47808 by first class U.S. mail on March 8, 2012.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS